**RECEIVED**

NOV 1 5 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_Western_ DIVISION

Wanda Allen

v.

City of Raleigh Police Department
Captain Murr

NO. 5:21-CV-00471-BO

COMPLAINT

Plaintiff resides at:
3316 Perkins Ridge Rd.
Raleigh NC 27610

Defendant(s)' name(s) and address(es), if known:
City of Raleigh Police Department
Captain Murr

Raleigh NC 27601
U.S. Attorney, G. Norman III esq
310 New Bern Avenue
Raleigh NC 27601

1

Jurisdiction in this court is based on:

City of Raleigh Police Department is a government entity.

The acts complained of in this suit concern:

Endangering the lives of Thenda Abe to near death. October (19) August 10, 2021 ordered the City of Raleigh Police Department South East District conducted a number of undocumented unlawful police chase and that of my daughter Riza Monie Simpson from October 19, 2021 thru October 29, 2021. Upon my call and demand for law enforcement control or investigation all such service was declined and myself and have was repeatedly placed in danger during Kuwa Captian Marr was our City of Raleigh Night watchman. Southeast Raleigh Police District engaged in and did decline investigating shootings (gunfire) car chase and foot chase being witnessed

by neighbors of Liza Marie Simpson and three city of Raleigh Police office patrol cars. During Captain Murr watch. It was Saturday October 29, 2021 & have reason to believe Liza Simpson true state of death actually occurred @ 8A.M - 8:40A.M in Southeast Raleigh District Under Captain M.R.R.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

I seek the caption to resolve his (W) duty and never to hold any position of authority in any branch of any law enforcement office; I seek civil rights violation and mental and emotional damages due to my daughter violent death compensation of $125,000,000.00

October 30, 2021

DATE

SIGNATURE OF PLAINTIFF

3316 Perkins Ridge Rd.
Raleigh NC 27610

(919) 594-3201

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3